LAW LIBRARY

NO. 29496

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

2010 AUG 19 PM 1:13 FILED

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

MICHAEL MAKANA HOE, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 2P108-01809)

ORDER DISMISSING MOTION TO RECONSIDER
ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J.)

Pursuant to HRAP 40.1(h) ("Neither acceptance nor rejection of an application for a writ of certiorari shall be subject to a motion for reconsideration in the supreme court."),

IT IS HEREBY ORDERED that Petitioner/Defendant-Appellant's Motion to Reconsider Order Rejecting Application for Writ of Certiorari is dismissed.

DATED: Honolulu, Hawai'i, August 19, 2010.



Associate Justice